IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
MARJORIE E. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

 Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
DONALD WILLIAMS, CITY OF LOVELAND MANAGER,
in his official capacity,
RICHARD HOSKINSON, CITY OF LOVELAND BUILDING INSPECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
JEFF MCKEE, CITY OF LOVELAND PLANNING TECHNICIAN,
in his official capacity,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,
JOHN DOE, and or JANE DOE, in their individual and official capacities,

 Defendants.
_____

ORDER SETTING HEARING
_____

   A hearing on Defendants Motion to Dismiss Plaintiffs' Complaint, filed July 30, 2007 [18] and Plaintiffs' Motion for Leave to File an Amended Complaint, filed August 20, 2007 [20] is scheduled for September 5th, 2007 at 2:00 p.m. in Courtroom A, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 21st, 2007

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge