IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
MARJORIE E. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
DONALD WILLIAMS, CITY OF LOVELAND MANAGER,
in his official capacity,
RICHARD HOSKINSON, CITY OF LOVELAND BUILDING INSPECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
JEFF MCKEE, CITY OF LOVELAND PLANNING TECHNICIAN,
in his official capacity,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,
JOHN DOE, and or JANE DOE, in their individual and official capacities,

    Defendants.

_____

ORDER RESCHEDULING HEARING
_____

    Due to a conflict in the Court's calendar, it is

    ORDERED that the hearing on pending motions, currently set for September 12, 2007, is reset for **October 11, 2007, at 2:00 p.m.** and it is

    FURTHER ORDERED that the City of Loveland Defendants' Motion for Leave to File Reply in Support of Their Motion to Dismiss Contemporaneously with Their Response to Plaintiffs' Motion to Amend [25] is granted.

    DATED: September 7th, 2007

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge