IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
MARJORIE E. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,
v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
DONALD WILLIAMS, CITY OF LOVELAND MANAGER,
in his official capacity,
RICHARD HOSKINSON, CITY OF LOVELAND BUILDING INSPECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
JEFF MCKEE, CITY OF LOVELAND PLANNING TECHNICIAN,
in his official capacity,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,
JOHN DOE, and or JANE DOE, in their individual and official capacities,

    Defendants.
_____

ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT AND VACATING HEARING
_____

On July 30, 2007, the defendants other than Richard Hoskinson and Cindy Worayeth filed a motion to dismiss the complaint, filed February 16, 2007. Defendant Hoskinson filed an answer on July 30, 2007. On August 30, 2007, the plaintiffs filed a motion for leave to file an amended complaint, tendering a proposed amended verified complaint and jury demand and also filed plaintiffs' response to motion to dismiss. The motion to dismiss and the motion for leave to file an amended complaint were scheduled for hearing on September 5, 2007. On September 4, 2007, the moving defendants filed a motion for leave to file reply in support of their motion to dismiss contemporaneously with their response to the plaintiffs' motion to amend. The hearing scheduled for September 12, 2007 was reset to October

11, 2007 and on September 10, 2007 the moving defendants filed their combined response to the plaintiffs' motion to amend and reply in support of motion to dismiss.  The defendant Hoskinson filed no objection to the motion to amend.

Upon a review of these pleadings in preparation for the hearing scheduled for October 11, 2007, the Court has concluded that procedural regularity and clarity of the issues sought to be addressed by the moving defendants require that the following orders be entered.  It is

ORDERED that the plaintiffs' motion to amend complaint is granted and the tendered proposed amended verified complaint and jury demand is filed and it is

FURTHER ORDERED that the hearing scheduled for October 11, 2007 at 2:00 p.m. vacated and it is

FURTHER ORDERED that the defendants will move or otherwise respond to the amended complaint on or before November 5, 2007.

DATED: October 9th,  2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge