**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: February 22, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 07-cv-00347-RPM-MEH

| | |
|---|---|
| EDWARD J. KLEN;<br>STEPHEN J. KLEN;<br>MARJORIE E. KLEN;<br>DIVERSE CONSTRUCTION, INC. (a Colorado corporation);<br>and<br>HOLSTEIN SELF-SERVICE STORAGE, LLC (organized under Colorado law),<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF LOVELAND, COLORADO (a Colorado municipal corporation);<br>THOMAS HAWKINSON, City of Loveland Building Official, in his individual and official capacities;<br>GREG GEORGE, City of Loveland Community Services Director, in his individual and official capacities;<br>DONALD WILLIAMS, City of Loveland Manager, in his official capacity;<br>RICHARD HOSKINSON, City of Loveland Building Inspector, in his individual and official capacities;<br>JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities;<br>KRISTINE BURNS, City of Loveland Building Permit Coordinator, in her individual and official capacities;<br>DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official capacities;<br>JEFF McKEE, City of Loveland Planning Technician, in his official capacity;<br>CINDY WORAYETH, City of Loveland Employee, in her individual and official capacities;<br>JOHN DOE, and/or JANE DOE, in their individual and official capacities,<br><br>      Defendants. | Ingrid J. DeFranco<br>John K. Pineau<br><br><br><br><br><br><br><br><br><br><br>Thomas J. Lyons<br>Lance E. Shurtleff |

_____

## COURTROOM MINUTES
_____

**HEARING: MOTION**

**9:55 a.m.**    **Court in session.**

Also present: Plaintiffs Edward Klen and Stephen Klen; plaintiff's paralegal Kelsey Riccio; and defendants' client representative Sunita Sharma.

Ms. Worayeth has not been served and is not a party to this hearing.

Court's preliminary remarks.

Argument by Mr. Lyons.

Response argument by Ms. DeFranco.

Reply argument by Mr. Lyons.

**ORDERED:**    Defendants City of Loveland, Greg George, Donald Williams, Thomas Hawkinson, John R. Duval, Kristine Burns, David Sprague, and Jeff McKee's ("City of Loveland Defendants") Motion to Dismiss Plaintiffs' Amended Complaint **(32)** is **granted** with leave to plaintiffs to file another Amended Complaint within **14 days.**

**ORDERED:**    Defendant Hoskinson's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and (6) **(33)** is **granted** with leave to plaintiffs to file another Amended Complaint within **14 days.**

**10:55 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 1:00