IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 10, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00347-RPM

| | |
|---|---|
| EDWARD J. KLEN, | John K. Pineau |
| STEPHEN J. KLEN, | Ingrid J. DeFranco |
| DIVERSE CONSTRUCTION, INC., a Colorado corporation and | |
| HOLSTEIN SELF-SERVICE STORAGE, LLC., Organized under Colorado Law, | |

     Plaintiffs,

v.

| | |
|---|---|
| CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation, | Thomas J. Lyons |
| THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL, | |
| in his individual and official capacities, | |
| GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR, | |
| in his individual and official capacities, | |
| DONALD WILLIAMS, CITY OF LOVELAND MANAGER, | |
| in his official capacity, | |
| RICHARD HOSKINSON, CITY OF LOVELAND BUILDING INSPECTOR, | Andrew J. Fisher |
| in his individual and official capacities, | |
| JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY, | |
| in his individual and official capacities, | |
| KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR, | |
| in her individual and official capacities, | |
| DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER, | |
| in his individual and official capacities, | |
| JEFF MCKEE, CITY OF LOVELAND PLANNING TECHNICIAN, | |
| in his official capacity, | |
| CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE, | |
| in her individual and official capacities, | |
| JOHN DOE, and or JANE DOE, in their individual and official capacities, | |

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions to Dismiss**

**1:29 p.m.**     **Court in session.**

Plaintiffs Edward and Stephen Klen and defendant City's client representative Sunita Sharma present.

October 10, 2008
07-cv-00347-RPM

Court's preliminary remarks.

Court verifies that plaintiff Marjorie Klen was removed as a named party on 3/10/2008 re: [45] Second Amended Complaint.

Court states it understanding of the case.

| | |
|---|---|
| 1:36 p.m. | Argument by Ms. DeFranco [49]. |
| 1:40 p.m. | Argument by Mr. Fisher. |
| 1:43 p.m. | Rebuttal argument by Ms. DeFranco. |

**ORDERED:** **Defendant Hoskinson's Motion to Dismiss Plaintiffs' Second Amended Verified Complaint and Jury Demand, filed March 21, 2008 [49], is granted. Defendant Hoskinson is dismissed on all claims and this action.**

| | |
|---|---|
| 1:45 p.m. | Argument by Mr. Lyons [56]. |
| 1:56 p.m. | Argument by Ms. DeFranco. |
| 2:05 p.m. | Rebuttal argument by Mr. Lyons. |

**ORDERED:** **Defendants, The City of Loveland, Greg George, Donald Williams, Thomas Hawkinson, John R. Duval, Kristine Burns, David Sprague, Jeff McKee, and Cindy Worayeth's ("City of Loveland Defendants") Motion to Dismiss Plaintiffs' Second Amended Complaint and Jury Demand, filed April 7, 2008 [56], is granted in part as to defendants McKee and Williamson, defendants' official capacities and Plaintiffs' Second and Third Claims for Equal Protection are dismissed and denied as to the remaining defendants and claims.**

**ORDERED:** **Defendants' have to October 30, 2008 to respond to the Second Amended Complaint.**

**2:14 p.m.** **Court in recess.**

Hearing concluded. Total time: 45 min.