IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,

    Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **December 11, 2008, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 4, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 31st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge