IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,
v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,

    Defendants.
_____

ORDER GRANTING MOTION TO FILE RESPONSE TO DEFENDANT HOSKINSON'S MOTION FOR ATTORNEY FEES
_____

    Upon consideration of Plaintiffs' Request to Submit Response to Defendant Hoskinson's Motion for Attorney Fees [68], it is

    ORDERED that plaintiff may respond to the motion for attorney fees by December 12, 2008.

    DATED: December 2nd, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge