IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,

    Defendants.
_____

ORDER GRANTING MOTION FOR LEAVE TO MAKE LATE FILING
_____

    Upon consideration of Plaintiffs' motion for a one-day extension of time to file their response in opposition to Richard Hoskinson's Motion for Attorney's Fees [72], it is

    ORDERED that the motion is granted.

    DATED: December 16th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge