IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00347-RPM-MEH

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC. (a Colorado corporation); and
HOLSTEIN SELF-SERVICE STORAGE, LLC (organized under Colorado law),

      Plaintiffs,

v.

CITY OF LOVELAND, COLORADO (a Colorado municipal corporation);
THOMAS HAWKINSON, City of Loveland Building Official, in his individual
   and official capacities;
GREG GEORGE, City of Loveland Community Services Director, in his individual
   and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities;
KRISTINE BURNS, City of Loveland Building Permit Coordinator, in her individual
   and official capacities;
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official
   capacities;
CINDY WORAYETH, City of Loveland Employee, in her individual and official capacities;
JOHN DOE, and/or JANE DOE, in their individual and official capacities,

      Defendants.

---

## ORDER RE THE LOVELAND DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

Upon consideration of the Motion of Defendants City of Loveland, Thomas Hawkinson, Greg George, John Duval, Kristine Burns, David Sprague and Cindy Worayeth to amend the Scheduling Order [77], it is

ORDERED that the Motion is GRANTED and the parties have up to and until August 15, 2009 to designate their contradicting experts, and the parties have up to and including September 15, 2009 to exchange their rebuttal reports.

2

DATED this 15th day of July, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        RICHARD P. MATSCH
                        UNITED STATES DISTRICT JUDGE