IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00347-RPM

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC. (a Colorado corporation); and
HOLSTEIN SELF-SERVICE STORAGE, LLC (organized under Colorado law),

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO (a Colorado municipal corporation);
THOMAS HAWKINSON, City of Loveland Building Official, in his individual
  and official capacities;
GREG GEORGE, City of Loveland Community Services Director, in his individual
  and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities;
KRISTINE BURNS, City of Loveland Building Permit Coordinator, in her individual
  and official capacities;
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official
  capacities;
CINDY WORAYETH, City of Loveland Employee, in her individual and official capacities;
JOHN DOE, and/or JANE DOE, in their individual and official capacities,

    Defendants.

_____

## ORDER RE THE LOVELAND DEFENDANTS'
## SECOND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

    Upon consideration of the Motion of Defendants City of Loveland, Thomas Hawkinson, Greg George, John Duval, Kristine Burns, David Sprague and Cindy Worayeth to amend the Scheduling Order [79], it is

    ORDERED that the Motion is GRANTED and the parties have up to and until September 1, 2008 to designate their contradicting experts..

    DATED this 13th day of August, 2009

                                                   BY THE COURT:

                                                   s/Richard P. Matsch
                                                   _____
                                                   Richard P. Matsch, Senior District Judge