IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

      Plaintiffs,
v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,

      Defendants.

---

ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: August 19th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
.                                   Richard P. Matsch, Senior District Judge