IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-RPM-MEH

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC. (a Colorado corporation); and
HOLSTEIN SELF-SERVICE STORAGE, LLC (organized under Colorado law),

      Plaintiffs,

v.

CITY OF LOVELAND, COLORADO (a Colorado municipal corporation);
THOMAS HAWKINSON, City of Loveland Building Official, in his individual
and official capacities;
GREG GEORGE, City of Loveland Community Services Director, in his individual
and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities;
KRISTINE BURNS, City of Loveland Building Permit Coordinator, in her individual
and official capacities;
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official
capacities;
CINDY WORAYETH, City of Loveland Employee, in her individual and official capacities;
JOHN DOE, and/or JANE DOE, in their individual and official capacities,

      Defendants.

_____

**ORDER RE THE LOVELAND DEFENDANTS'**
**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER REGARDING THE**
**DEADLINE TO SUBMIT DISPOSITIVE MOTIONS**
_____

      Upon consideration of the Motion of Defendants City of Loveland, Thomas Hawkinson, Greg George, John Duval, Kristine Burns, David Sprague, and Cindy Worayeth to amend the Scheduling Order regarding the deadline to submit dispositive motions [89], it is

      ORDERED that the Motion is GRANTED and the parties shall have up to and including November 20, 2009 to submit dispositive motions. It is

      FURTHER ORDERED that the parties shall have up to and including December 31, 2009 to respond to dispositive motions.

DATED this 27th day of October, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        RICHARD P. MATSCH
        UNITED STATES DISTRICT JUDGE