IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00347-RPM-MEH

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC. (a Colorado corporation); and
HOLSTEIN SELF-SERVICE STORAGE, LLC (organized under Colorado law),

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO (a Colorado municipal corporation);
THOMAS HAWKINSON, City of Loveland Building Official, in his individual
  and official capacities;
GREG GEORGE, City of Loveland Community Services Director, in his individual
  and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities;
KRISTINE BURNS, City of Loveland Building Permit Coordinator, in her individual
  and official capacities;
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official
  capacities;
CINDY WORAYETH, City of Loveland Employee, in her individual and official capacities;
JOHN DOE, and/or JANE DOE, in their individual and official capacities,

    Defendants.

---

**ORDER RE THE LOVELAND DEFENDANTS' SECOND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER REGARDING THE DEADLINE TO SUBMIT DISPOSITIVE MOTIONS**

---

    Upon consideration of the Second Unopposed Motion of Defendants City of Loveland, Thomas Hawkinson, Greg George, John Duval, Kristine Burns, David Sprague, and Cindy Worayeth to amend the Scheduling Order regarding the deadline to submit dispositive motions [91], it is

    ORDERED that the Motion is GRANTED and the parties shall have up to and including December 31, 2009 to submit dispositive motions.  It is

FURTHER ORDERED that the parties shall have up to and including March 1, 2010 to respond to dispositive motions.

DATED this 19th day of November, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE