**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              January 20, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,                                                            Ingrid J. DeFranco
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado corporation and
HOLSTEIN SELF-SERVICE STORAGE, LLC., Organized under Colorado Law,

        Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,              Lance E. Shurtleff
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,
JOHN DOE, and or JANE DOE, in their individual and official capacities,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Dismiss**

**2:00 p.m.       Court in session.**

Plaintiffs Edward and Stephen Klen are present.

Court's preliminary remarks.

2:01 p.m.       Argument by Ms. DeFranco.

January 20, 2010
07-cv-00347-RPM

2:06 p.m.        Argument by Mr. Shurtleff.

**ORDERED:     Plaintiffs' Motion to Compel Production of Documents, filed September 15, 2009 [84], is resolved pursuant to Court's ruling as stated on record.**

**2:12 p.m.        Court in recess.**

Hearing concluded.  Total time: 12 min.