IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: June 1, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00347-RPM

| | |
|---|---|
| EDWARD J. KLEN, | Ingrid J. DeFranco |
| STEPHEN J. KLEN, | John K. Pineau |
| DIVERSE CONSTRUCTION, INC., a Colorado corporation and | |
| HOLSTEIN SELF-SERVICE STORAGE, LLC., Organized under Colorado Law, | |

    Plaintiffs,

v.

| | |
|---|---|
| CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation, | Lance E. Shurtleff |
| THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL, | Thomas J. Lyons |

in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,
JOHN DOE, and or JANE DOE, in their individual and official capacities,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**9:58 a.m.**     **Court in session.**

Plaintiffs Edward Klen, Stephen Klen and defendant City of Loveland's in-house counsel Sunita Sharma are present.

Court's preliminary remarks and states its understanding of the case.

Ms. DeFranco answers questions asked by the Court regarding plaintiffs' understanding of filing deadline.

June 1, 2010
07-cv-00347-RPM

10:12 a.m.	Argument by Mr. Shurtleff.

10:27 a.m.	Argument by Ms. DeFranco.

**Ms. DeFranco states that plaintiffs are willing to dismiss the state law claims.**

10:51 a.m.	Rebuttal argument by Mr. Shurtleff.

**ORDERED:**	**All state law claims are dismissed.**

**ORDERED:**	**Defendant Cindy Worayeth's Motion for Summary Judgment, filed 12/31/2009 [96], is granted and Cindy Worayeth is dismissed.**

**ORDERED:**	**Defendant Thomas Hawkinson's, Motion for Summary Judgment, filed 12/31/2009 [97], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Defendant Kristine Burn's Motion for Summary Judgment, filed 12/31/2009 [98], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Defendant Greg George's Motion for Summary Judgment, filed 12/31/2009 [99], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Defendant David Sprague's Motion for Summary Judgment, filed 12/31/2009 [100], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Defendant John R. Duval's Motion for Summary Judgment, filed 12/31/2009 [101], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Defendant City of Loveland's Motion for Summary Judgment, filed 12/31/2009 [102], is taken under advisement with respect to the remaining constitutional claims.**

**ORDERED:**	**Written order will issue.**

**10:53 a.m.**	**Court in recess.**

Hearing concluded.  Total time: 55 min.