IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

By: J. Chris Smith
Deputy Clerk

    Defendants' Motion for Leave to Supplement Summary Judgment Briefing, filed June 24, 2010 [115], is granted.

DATED: June 25th, 2010