IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

       Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,

       Defendants.

---

## ORDER ON MOTION FOR ATTORNEY FEES
---

       Upon consideration of Richard Hoskinson's Motion for Attorney Fees, filed October 24, 2008 [66], Plaintiffs' Response in Opposition, filed December 15, 2008 [73] and Richard Hoskinson's Reply, filed December 18, 2008 [75], it is

       ORDERED that the motion is denied.

       Dated: June 25th , 2010

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge