IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00347-RPM

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado Corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, Organized under Colorado Law,

    Plaintiffs,

v.

CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation,
THOMAS HAWKINSON, CITY OF LOVELAND BUILDING OFFICIAL,
in his individual and official capacities,
GREG GEORGE, CITY OF LOVELAND, COMMUNITY SERVICES DIRECTOR,
in his individual and official capacities,
JOHN R. DUVAL, CITY OF LOVELAND ATTORNEY,
in his individual and official capacities,
KRISTINE BURNS, CITY OF LOVELAND BUILDING PERMIT COORDINATOR,
in her individual and official capacities,
DAVID SPRAGUE, CITY OF LOVELAND PLANS REVIEWER,
in his individual and official capacities,
CINDY WORAYETH. CITY OF LOVELAND EMPLOYEE,
in her individual and official capacities,

    Defendants.

## ORDER OF RECUSAL

Upon comparing this Court's Memorandum Opinion and Order, entered June 25, 2010, with the opinion of the Tenth Circuit Court of Appeals, affirming in part and reversing in part this Court's grant of summary judgment for the defendants, this Court's ability to proceed to trial as directed by the appellate court with impartiality might reasonably be questioned and it is therefore

ORDERED that pursuant to 28 U.S.C. § 455(a) I disqualify myself and direct the Clerk of this Court to reassign this civil action by random draw.

Dated: December 8th, 2011

BY THE COURT:

s/Richard P. Matsch

.

_____
Richard P. Matsch, Senior District Judge