IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-MSK-MEH

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, organized under Colorado law,

  Plaintiffs,

v.

THE CITY OF LOVELAND, COLORADO, a Colorado municipal corporation,
THOMAS HAWKINSON, City of Loveland Building Official, in his individual capacity,
GREG GEORGE, City of Loveland Community Services Director, in his individual capacity,
JOHN R. DUVAL, City of Loveland Attorney, in his individual capacity, and
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual capacity,

  Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2012.**

  The Stipulated Motion to Amend Caption [filed April 5, 2012; docket #159] is **granted**. The Clerk of the Court is directed to amended the docket and caption to reflect that Kristine Burns is no longer a defendant in this action.