**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover　　　　　　　　　　Date: October 9, 2012
Court Reporter: Terri Lindblom

Civil Action No. 07-cv-00347-MSK-MEH

*Parties*:　　　　　　　　　　　　　　　　　　　　*Counsel Appearing:*

EDWARD J. KLEN;　　　　　　　　　　　　　　　Ingrid DeFranco
STEPHEN J. KLEN;　　　　　　　　　　　　　　　John Pineau
DIVERSE CONSTRUCTION, INC., a Colorado
corporation; and
HOLSTEIN SELF-SERVICE STORAGE, LLC, organized
under Colorado law,

　　　　Plaintiffs,

v.

THE CITY OF LOVELAND, COLORADO, a Colorado　　Lance Shurtleff
Municipal Corporation;　　　　　　　　　　　　　　Thomas Lyons
THOMAS HAWKINSON, City of Loveland Building
Official, in his individual and official capacities;
GREG GEORGE, City of Loveland, Community Services
Director, in his individual and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his
individual and official capacities; and
DAVID SPRAGUE, City of Loveland Plans Reviewer, in
his individual and official capacities,

　　　　Defendants.

**COURTROOM MINUTES**

HEARING:　Final Pretrial Conference.

**10:13 a.m.**　　**Court in session.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

Counsel are present as listed.  Individual party defendants are present.  Plaintiffs are not present.

**PENDING MOTIONS.**

The Court addresses Defendants' Motion in Limine  (**Doc. #187**)

No further argument or objection.

ORDER:     Defendants' Motion in Limine  (**Doc. #187**) is  **GRANTED**.

The Court addresses defendant's Motion in Limine (**Doc. #188**)

ORDER:     Defendants' Motion in Limine (**Doc. #188**) is **DENIED** with leave to renew at time of trial.

The Court addresses the final pretrial order and the inadequacies of same.  The matter will be referred to the Magistrate Judge for assistance in preparation of a final pretrial order.

**ORDER:**     The matter is referred to Magistrate Judge Hegarty to assist the parties in preparation of a working Final Pretrial Order.  Within 14 days of the conclusion of working with Magistrate Judge Hegarty, the parties will file the new proposed Amended Pretrial Order and request a new Final Pretrial Conference.

**10:26 a.m.**     **Court in recess.**

**Total Time:    13 minutes.**
**Hearing continued.**