**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: October 9, 2012 |
| Court Reporter:     Terri Lindblom | |

Civil Action No. 07-cv-00347-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| EDWARD J. KLEN; | Ingrid DeFranco |
| STEPHEN J. KLEN; | John Pineau |
| DIVERSE CONSTRUCTION, INC., a Colorado corporation; and | |
| HOLSTEIN SELF-SERVICE STORAGE, LLC, organized under Colorado law, | |
| Plaintiffs, | |
| v. | |
| THE CITY OF LOVELAND, COLORADO, a Colorado Municipal Corporation; | Lance Shurtleff |
| | Thomas Lyons |
| THOMAS HAWKINSON, City of Loveland Building Official, in his individual and official capacities; | |
| GREG GEORGE, City of Loveland, Community Services Director, in his individual and official capacities; | |
| JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities; and | |
| DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official capacities, | |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:   Final Pretrial Conference.

**10:13 a.m.     Court in session.**

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

Counsel are present as listed.  Individual party defendants are present.  Plaintiffs are not present.

**PENDING MOTIONS.**

The Court addresses Defendants' Motion in Limine  (**Doc. #187**)

No further argument or objection.

ORDER:   Defendants' Motion in Limine  (**Doc. #187**) is  **GRANTED**.

The Court addresses defendant's Motion in Limine (**Doc. #188**)

ORDER:   Defendants' Motion in Limine (**Doc. #188**) is **DENIED** with leave to renew at time of trial.

The Court addresses the final pretrial order and the inadequacies of same.  The matter will be referred to the Magistrate Judge for assistance in preparation of a final pretrial order.

**ORDER:**   The matter is referred to Magistrate Judge Hegarty to assist the parties in preparation of a working Final Pretrial Order.  Within 14 days of the conclusion of working with Magistrate Judge Hegarty, the parties will file the new proposed Amended Pretrial Order and request a new Final Pretrial Conference.

**10:26 a.m.**   **Court in recess.**

**Total Time:   13 minutes.**
**Hearing continued.**