IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00347-MSK-MEH

EDWARD J. KLEN,
STEPHEN J. KLEN,
DIVERSE CONSTRUCTION, INC., a Colorado corporation, and
HOLSTEIN SELF-SERVICE STORAGE, LLC, organized under Colorado law,

      Plaintiffs,

v.

THE CITY OF LOVELAND, COLORADO, a Colorado municipal corporation,
THOMAS HAWKINSON, City of Loveland Building Official, in his individual capacity,
GREG GEORGE, City of Loveland Community Services Director, in his individual capacity,
JOHN R. DUVAL, City of Loveland Attorney, in his individual capacity, and
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2013.**

      The Stipulated Motion to Vacate the Hearing of April 10, 2013 [filed April 10, 2013; docket #217] is **granted**. The hearing scheduled in this case for April 10, 2013, is hereby **vacated**. The parties shall file dismissal documents **no later than April 11, 2013**.