IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 07-cv-00347-MSK

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC., a Colorado corporation; and
HOLSTEIN SELF-SERVICE STORAGE, LLC, organized under Colorado law,

      Plaintiffs,

v.

THOMAS HAWKINSON, City of Loveland Building Official, in his individual and official capacities;
GREG GEORGE, City of Loveland, Community Services Director, in his individual and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities; and
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official capacities;
      Defendants.

## ORDER DISMISSING CLAIMS AGAINST THE CITY OF LOVELAND

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Claims Against the City of Loveland (Motion) **(#220)** filed April 11, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and Plaintiff's claims against the City of Loveland are dismissed, with prejudice, each party to pay his, her or its own attorney's fees and costs. All future captions shall so reflect.

DATED this 12th day of April, 2013.

                              **BY THE COURT:**

                              _____

                              Marcia S. Krieger
                              Chief United States District Judge