IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 07-cv-00347-MSK

EDWARD J. KLEN;
STEPHEN J. KLEN;
DIVERSE CONSTRUCTION, INC., a Colorado corporation; and
HOLSTEIN SELF-SERVICE STORAGE, LLC, organized under Colorado law,

    Plaintiffs,

v.

THOMAS HAWKINSON, City of Loveland Building Official, in his individual and official capacities;
GREG GEORGE, City of Loveland, Community Services Director, in his individual and official capacities;
JOHN R. DUVAL, City of Loveland Attorney, in his individual and official capacities; and
DAVID SPRAGUE, City of Loveland Plans Reviewer, in his individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Claims Against Thomas hawkinson, Greg George, John R. Duval and David Sprague With Prejudice (Motion) **(#221)** filed April 11, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and Plaintiff's claims against Thomas Hawkinson, Greg George, John R. Duval and David Sprague are hereby dismissed, with prejudice, each party to bear his, her or its own attorneys' fees and costs. The Clerk shall close this case.

DATED this 12th day of April, 2013.

                        **BY THE COURT:**

                        _____
                        Marcia S. Krieger
                        Chief United States District Judge